EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 12 2003
at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. CR03 00118 DAE |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 2113(a) & (f)] |
| CHRIS T. KEGLER, ) | |
| Defendant. ) | |

## INDICTMENT

### Count 1

The Grand Jury charges that:

On or about February 28, 2003, in the District of Hawaii, defendant CHRIS T. KEGLER, by intimidation, did take from the person and presence of another money belonging to, and in the

care, custody, control, management, and possession of the First Hawaiian Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

## Count 2

The Grand Jury further charges that:

On or about September 28, 2002, in the District of Hawaii, defendant CHRIS T. KEGLER, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of the American Savings Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

## Count 3

The Grand Jury further charges that:

On or about October 31, 2002, in the District of Hawaii, defendant CHRIS T. KEGLER, by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of

//
//
//

the American Savings Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: March 12, 2003 at Honolulu, Hawaii.
A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Assistant U.S. Attorney

_____
WES REBER PORTER
Assistant U.S. Attorney

United States v. CHRIS T. KEGLER
Cr. No.
"INDICTMENT"

3