PROB. 12B
(7/93)

# ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 09 2007

at 3 o'clock and 10 min. PM
SUE BEITIA, CLERK

# United States District Court

## for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  CHRIS T. KEGLER          Case Number:  CR 03-00118DAE-01

Name of Sentencing Judicial Officer:  The Honorable David Alan Ezra
U.S. District Judge

Date of Original Sentence:  3/19/2004

Original Offense:  <u>Counts 1 through 3</u>:  BANK ROBBERY, in violation of 18 U.S.C.
§ 2113(a), a Class C felony

Original Sentence:  Committed to the custody of the United States Bureau of Prisons to
be imprisoned for a total term of 57 months as to each of Counts 1,
2, and 3 of the Second Superseding Felony Information, with all
such terms to be served concurrently, and upon release from
imprisonment, 3 years supervised release as to each of Counts 1,
2, and 3 of the Second Superseding Felony Information, with all
such terms to be served concurrently, with the following special
conditions:  1) Defendant shall participate in a substance abuse
program, which must include drug testing for the entire 3 years of
supervision, at the discretion and direction of the Probation Office;
2) That the defendant is prohibited from possessing a firearm as
defined in 18 U.S.C. § 921; 3) That the defendant is prohibited from
possessing any illegal or dangerous weapons; 4) Defendant shall
pay restitution immediately to Bank of Hawaii in the amount of
$7,957, American Savings Bank in the amount of $7,776, and First
Hawaiian Bank in the amount of $3,512, for a total of $19,245, and
any remaining balance upon release from confinement be paid
during the period of supervision on an installment basis according
to the collection policy of the Probation Office but at a rate of not
less than 10 percent of her monthly gross income.  Interest is
waived; 5) That the defendant provide the Probation Office and the
Financial Litigation Unit of the U.S. Attorney's Office access to any
requested financial information to include submitting to periodic
debtor's examinations as directed by the Probation Office; and
6) That the defendant shall submit his person, residence, place of
employment, or vehicle to a search conducted by the

Prob 12B
(7/93)

2

U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Type of Supervision: Supervised Release    Date Supervision Commenced:  4/20/2007

## PETITIONING THE COURT

[✓]    To modify the conditions of supervision as follows:

> *General Condition:*    *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.*

## CAUSE

The offender is not in violation of his conditions of supervised release; however, based on the offender's history of substance abuse, we are recommending that his conditions be modified as reflected above.  It is noted that the offender was sentenced prior to *United States v. Stephens*, 9th Circuit 2005.  Due to the ruling in *Stephens*, the probation officer is limited to three random tests outside of treatment.  Given the established relationship between the offender's history of substance abuse and criminal activity, controlling strategies to detect substance abuse and prompt intervention is recommended in this case.  Drug testing is the most reliable method for monitoring the offender's drug use.  The purpose for the modification is so that the Probation Office could continue to conduct random drug testing at the rate of up to eight (8) tests per month.  This amount will allow the probation officer to fashion random drug testing designed to detect drug use while not allowing the offender to predict test dates.  To the offender's credit, he is motivated to remain drug-free and is willing to have the general condition modified to reflect the increase in drug testing.

Therefore, we respectfully recommend that the Court modify the offender's conditions of supervision and modify the general conditions as reflected above. Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release.

Prob 12B
(7/93)

The offender waives his right to a hearing and to assistance of counsel. The offender agrees to the modification of the conditions of supervised release. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

LISA K.T. JICHA
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 8/3/2007

THE COURT ORDERS:

[✓]    The Modification of Conditions as Noted Above
[  ]    Other

DAVID ALAN EZRA
U.S. District Judge

8-9-07
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

       I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

       I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[✓]   To modify the conditions of supervision as follows:

**General Condition:**    *That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.*

Witness: _____       Signed: _____
             LISA K.T. JICHA                       CHRIS T. KEGLER
       U.S. Probation Officer                    Supervised Releasee

                            7.30.07
                              Date